# United States Court of Appeals
## For the First Circuit

No. 21-1647

FRIEDRICH LU,

Plaintiff - Appellant,

v.

KIMBERLY S. BUDD; KAREN LAFRAZIA; SAINT FRANCIS HOUSE, INC.; MARK V. GREEN; PAULA M. CAREY; SERGE GEORGES, JR.; BEVERLY J. CANNONE; MYONG J. JOUN; DAVID T. DONNELLY; ELEANOR SINNOTT; MARK H. SUMMERVILLE; ERIC T. DONOVAN; PAULA WOODLEY; WALTER F. TIMILTY; ROBERTO RONQUILLO, JR.; THOMAS C. HORGAN; DANIEL J. HOGAN; MARK J. CONCANNON; PATTY WONG-MURPHY; ROBERT MURPHY; JOSLIN HAM MURPHY; BERNARD GREENE; NANCY S. HELLER; HEATHER HAMILTON; RAUL FERNANDEZ; JOHN VANSCOYOC; MELVIN KLECKNER; SARA SLYMON; TOWN OF BROOKLINE; DAVID FREDETTE; SHAWN WILLIAMS; JEFFREY DRISCOLL; JOSE ARAUJO; CHRISTOPHER VASQUEZ; JOEL FLORES, Court Officer Badge #207; DANIEL P. SULLIVAN; REBECCA S. MURRAY; ANDREW GHOBRIAL; EVANS MEREDITH; METHUNION MANOR COOPERATIVE CORP.; DENISE O. SALTERS; CYNTHIA B. HARTMAN; MARK P. DALY; MPD LAW LLC; ROMAN CATHOLIC ARCHBISHOP OF BOSTON; ROBERT GEORGE YOUNG, II; ROBERT D. COX, JR.; BOWDITCH & DEWEY, LLP; JOSEPH C. FERREIRA; ROBERT L. JUBINVILLE; MARILYN M. PETITTO DEVANEY; CHRISTOPHER A. IANNELLA; EILEEN R. DUFF; PAUL DEPALO; MARY E. HURLEY; AMY B. BRATSKEIR; JULIE CIOLLO,

Defendants - Appellees.

**JUDGMENT**

Entered: September 26, 2023
Pursuant to 1st Cir. R. 27.0(d)

Pursuant to this court's order entered September 26, 2023 in appeal no. 21-1245, this appeal (no. 21-1647) is hereby dismissed.

By the Court:

Maria R. Hamilton, Clerk

cc: Friedrich Lu, Elizabeth Howar Kelly